DAVID J. MERRILL
Nevada Bar No. 6060
MORGAN F. SHAH
Nevada Bar No. 12490
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>DAVID JEFFREY ADAMS,<br><br>Debtor. | Case No.: 2:12-CV-02217-JCM-(GWF) |
| DAVID JEFFREY ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS QUALITY HOMES, LLC; et al.,<br><br>Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Bankr. P. 8001(c)(2), the parties stipulate that the Debtor's, David Jeffrey Adams ("Adams"), appeal to this Court shall be and hereby is dismissed with prejudice, with each party to bear his or its own costs and attorney's fees.

DATED this 25th day of March 2013.

| DAVID J. MERRILL, P.C. | CHRISTOPHER G. GELLNER, P.C. |
|---|---|
| By: /s/David J. Merrill<br>DAVID J. MERRILL<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorneys for Wells Fargo Bank, N.A. | By: _____<br>CHRISTOPHER G. GELLNER<br>528 Casino Center Blvd, Ste. 305<br>Las Vegas, Nevada 89101<br>(702) 386-9393<br>Attorneys for David Jeffrey Adams |

| | | |
|---|---|---|
| 1 | LAW OFFICES OF HAYES & WELSH | TIFFANY & BOSCO, P.A. |
| 2 | | |
| 3 | By: /s/Martin L. Welsh | By: /s/Gregory L. Wilde |
| 4 | MARTIN WELSH<br>199 N. Arroyo Grande Blvd, Ste. 200 | GREGORY L. WILDE<br>212 S. Jones Boulevard |
| 5 | Henderson, Nevada 89074<br>(702) 434-3444 | Las Vegas, Nevada 89107<br>(702) 258-8200 |
| 6 | Attorneys for Las Vegas Quality Homes, LLC | Attorneys for National Default Servicing Corporation |

IT IS SO ORDERED:

/s/ James C. Mahan

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE
DATED: March 26, 2013